**Daniel FOWLER, Plaintiff–Appellant,**

v.

**Michael HILL, Defendant–Appellee.**

No. 12–10301

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 22, 2012.

Thomas G. Tidwell, The Tidwell Law Firm, LLC, Atlanta, GA, Kevin M. Elwell, Farah & Farah, PA, Brunswick, GA, for Plaintiff–Appellant.

Jason C. Waymire, Terry Eugene Williams, Williams, Morris & Waymire, LLC, Buford, GA, for Defendant–Appellee.

Before BARKETT, PRYOR, and FAY, Circuit Judges.

PER CURIAM:

This appeal challenges the granting of summary judgment in favor of the appellee, a deputy sheriff, based upon qualified immunity. After reviewing the briefs of the parties and the record, we affirm the ruling for the reasons set forth in the ORDER of the district court dated the 19th day of December, 2011.

**AFFIRMED.**